■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. VITO PASTORE et al., Defendants.— Motion for a change of venue granted. Memorandum: The parties agree that the place of trial should be changed to Onondaga County. We concur in their reasons for the need for change because of the inadequacy of the existing facilities in Cayuga County. There is only one courthouse in

908

that county with only one courtroom and limited court related facilities for trials that might continue several weeks during which the courtroom will be needed for other proceedings. Present — Marsh, P. J., Witmer, Simons, Mahoney and Goldman, JJ.